# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-cv-146

| | |
|---|---|
| STEVEN RAVIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| TYNDALL FEDERAL CREDIT UNION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on Jill S. Stricklin's Application for Admission to Practice *Pro Hac Vice* of David Feldman. It appearing that David Feldman is a member in good standing with the Texas State Bar and will be appearing with Jill S. Stricklin, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that Jill S. Stricklin's Application for Admission to Practice Pro Hac Vice (#15) of David Feldman is **GRANTED**, and

that David Feldman is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Jill S. Stricklin.

Signed: August 5, 2017

Dennis L. Howell
United States Magistrate Judge